Case 2:21-cv-00011-CBM-JPR   Document 43   Filed 02/22/22   Page 1 of 2   Page ID #:185

Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
2103 Montrose Ave., Suite D
Montrose, CA 91020

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Agnes Sinclair

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGES SINCLAIR, an Individual;<br><br>        Plaintiff,<br><br>         vs.<br><br>USC CARE MEDICAL GROUP, a business entity; RSI ENTERPRISES, INC., is a business entity; TRANSUNION LLC, is a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC is a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, form unknown,; and DOES 1-10, Inclusive<br><br>        Defendants. | Case No.:  2:21-cv-00011-CBM-JPRx<br><br>Hon. Consuela B. Marshall<br><br>ORDER OF DISMISSAL *WITHOUT* PREJUDICE OF DEFENDANT USC CARE MEDICAL GROUP  [JS-6] |

Plaintiff Agnes Sinclair and Defendant USC CARE MEDICAL GROUP have announced to the Court that a Stipulation of Dismissal *Without* Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal Without Prejudice, the Court makes and delivers the following ruling:

---

1

ORDER re: Stipulation of Dismissal *Without* Prejudice of USC CARE MEDICAL GROUP

1  IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff Agnes Sinclair against Defendant USC CARE MEDICAL GROUP, are in
3  all respects dismissed *without* prejudice.

5  DATED this 22nd day of February 2022.



HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

---

2
ORDER re: Stipulation of Dismissal *Without* Prejudice of USC CARE MEDICAL GROUP